**William Lee ANDERSON, II,
Plaintiff—Appellant,**

v.

**J.L. BROWN, Unit Manager of B1 Pod;
C/O Oliver, Defendants–Appellees.**

**No. 15–6554.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

William Lee Anderson, II, Appellant Pro Se. Kate Elizabeth Dwyre, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Anderson, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Anderson v. Brown,* No. 7:14–cv–00184–MFU–JCH, 2015 WL 1636746 (W.D.Va. Mar. 5 & Apr. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*